IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MYATT                                                                              PLAINTIFF

v.                                        NO. 3:14-cv-00249 PSH

CAROLYN W. COLVIN, Acting Commissioner                           DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Ronnie Myatt. The final decision of the Acting Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this 14th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE