IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE MYATT                                                                                          PLAINTIFF

v.                                          NO. 3:14-cv-00249 PSH

CAROLYN W. COLVIN, Acting Commissioner                              DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Ronnie Myatt ("Myatt") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 18. In the motion, he seeks fees and expenses totaling $2,377.32. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by Myatt. See Document 20.

The Court has reviewed Myatt's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $2,377.32 are awarded to Myatt. Because the award belongs to Myatt, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue

payment of this award by check made payable to Myatt, in care of his attorney, Anthony W. Bartels ("Bartels"), and shall mail the check to Bartels at his Jonesboro, Arkansas, address.

    IT IS SO ORDERED this 5th day of January, 2016.

                                                  UNITED STATES MAGISTRATE JUDGE